Walter J. Lack, Esq. (SBN 57550)
Robert T. Bryson, Esq. (SBN 156953)
Michael P. Lewis, Esq. (SBN 298920)
Eric R. Bell, Esq. (SBN 299045)
**ENGSTROM, LIPSCOMB & LACK**
10100 Santa Monica Boulevard, 12th Floor
Los Angeles, CA  90067-4113
Tel: (310) 552-3800 / Fax: (310) 552-9434
rbryson@elllaw.com
ebell@elllaw.com

Attorneys for Plaintiff,
TIM CHEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM CHEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PURE FLIX ENTERTAINMENT LLC; DAVID A.R. WHITE; and DOES 1-50 Inclusive,<br><br>　　　　Defendants. | CASE NO:<br>[Unlimited Civil Action]<br><br>**COMPLAINT FOR DAMAGES FOR: COPYRIGHT INFRINGEMENT**<br><br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, by and through the undersigned counsel, hereby brings this Complaint for damages against Defendants, and alleges the following:

## INTRODUCTION

1. This action arises out of Pure Flix Entertainment LLC and David A.R. White's blatant, unlawful, and pervasive copying and use of Tim Chey's literary work without his consent.

2. On March 21, 2014, Pure Flix Entertainment LLC released "God's Not Dead," a faith-based film that enjoyed massive success at the box office, generating more than $140 million worldwide. "God's Not Dead" tells the story of an atheist

#410555

1

COMPLAINT FOR DAMAGES

university professor challenging one of his students to write a thesis proving God's existence.

3. What audiences didn't know, however, is that David A.R. White stole his story from "Final," a book and screenplay written and published ***more than five years earlier*** by one of White's longtime friends, Tim Chey.

4. By preparing, producing, and distributing "God's Not Dead," and its sequel, "God's Not Dead 2," Defendants directly infringed on Plaintiff's copyright-protected work.

## JURISDICTION & VENUE

5. This Court has federal question jurisdiction pursuant to 28 U.S.C. sections 1331 and 1338 because this action arises under 17 U.S.C. sections 101, et seq.

6. Venue is proper in this district under 28 U.S.C. Sections 1391 (b) and (c), as Defendants systematically conduct business on a regular basis in the State of California and in District by virtue of the laws of the State of California, and are therefore subject to the court's personal jurisdiction.

## PARTIES

7. Plaintiff Tim Chey (hereinafter, "Mr. Chey" or "Plaintiff") is, and at all times mentioned herein was, an individual residing in the County of Los Angeles, State of California. Plaintiff is a writer, director, and producer, and is the founder of "River Rain Productions." Plaintiff has written, directed, and produced more than ten feature films targeting the faith-based film community, and has worked with well-known actors, including Cuba Gooding, Jr., William Sadler, Malcolm McDowell, Corbin Bernsen, Tom Sizemore, Margaret Cho, Stephen Baldwin, and Pam Grier.

8. Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant Pure Flix Entertainment LLC (hereinafter, "Pure Flix") is

limited liability company organized and existing under the laws of the State of California with its principal place of business in Arizona. Pure Flix is an entertainment company that produces, acquires, and markets faith-based motion pictures.

9. Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant David A.R. White (hereinafter, "White") is an individual residing in the County of Ventura, State of California, and is the co-founder and principal partner of Pure Flix. David A.R. White is the producer of "God's Not Dead," and "God's Not Dead 2," and was heavily involved in their creation.

10. Plaintiff is informed and believes and thereon alleges that at all relevant times herein, all defendants were the agents, employees, and/or joint ventures of, or working in concert with the other defendants, and were acting within the course and scope of such agency, employment, joint venture and/or concerted activity. To the extent said conduct and/or omissions were perpetrated by certain defendants and their agents, the other defendants confirmed and/or ratified said conduct and/or omissions.

11. Plaintiff is ignorant of the true names and capacities of the Defendants named herein as Does 1 through 50, inclusive, and, therefore, Plaintiff sues those Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that each of the fictitiously-named Defendants is responsible in some manner for the occurrences alleged herein, and that Plaintiff's injuries as herein alleged were proximately caused by the aforementioned Defendants.

## FACTUAL ALLEGATIONS

12. Plaintiff first met Defendant White in early 2000 during the production of Plaintiff's film, "Gone." Plaintiff and White discussed the script over lunch on

numerous occasions, and White was eventually cast as one of the film's principal actors. It was at that time that their near 15-year friendship began.

13. Over the next several years Plaintiff and White remained close, often collaborating on various films. They saw each other every year at Christian Book Sellers Association events, attended the same movie premiers, and often used the same production company, directors, film crews, and actors for their films.

14. In or about July 2007, Mr. Chey's mother was dying of cancer, so he decided to write a book entitled "Final," and dedicate it to her.

15. "Final" tells four interchangeable stories with flashbacks, one of which follows the relationship between an atheist professor and his Christian student. The atheist professor challenges the Christian student to prove that God exists. The student is assigned to write a thesis proving God's existence, or risk failing the class. By the end of "Final" the student manages to humble and inspire others, and persuade them that God is not dead.

16. In or about January 2009, "Final" was published and released to virtually all independent Christian bookstores across the nation. The book was met with immediate success, as over 10,000 copies were sold in the first few months after its release. Shortly thereafter, Plaintiff finished writing the screenplay for the film "Final."

17. In or about June 2012, Plaintiff began casting for the film "Final" and gave the screenplay out to hundreds of agents, actors, and managers, who tend to work in the same Christian film industry in which White is a major player.

18. In or about July 2013, the film, "Final," was released theatrically, and sold more than 25,000 pre-release DVD's nationwide.

19. On or about March 21, 2014, White's company, Pure Flix, released "God's Not Dead," a film about an atheist professor at a university challenging one of his students to prove that God exists.

///

20. "God's Not Dead" was an enormous success at the box office, earning more than $60 million in the U.S. market alone, and $140 million worldwide.

21. Defendants' infringing motion picture "God's Not Dead" is substantially similar to Plaintiff's copyrighted book and screenplay, "Final," attached hereto as Exhibits 1 and 2. What follows is a non-exhaustive analysis of some of the similarities between the works' plots, characters, dialogue, theme, setting, mood, pace, and sequence of events.

### Plot Similarities

| "Final" | "God's Not Dead" |
|---|---|
| "Final" has four interchangeable stories with different characters all coming to God in the end. | "God's Not Dead" has four interchangeable stories with different characters all coming to God in the end. |
| Pg. 16: Professor Wiseman's story opens on the first day of class | Professor Radisson's story opens on the first day of class |
| Pg. 17: Professor Wiseman makes an arrogant introduction to the class | Professor Radisson makes an arrogant introduction to the class |
| Pg. 17: Professor Wiseman gives an admonition to students that he expects good work | Professor Radisson gives an admonition to students that he expects good work |
| Pg. 49: Professor Wiseman goes through a list of atheist professors | Professor Radisson goes through a list of atheist professors |
| Pg. 111: Professor Wiseman chides any student who believes in "fairytales" | Professor Radisson chides any student who believes in "fairytales" |
| Pg. 17: Professor Wiseman makes the stark pronouncement that the brightest | Professor Radisson makes the stark pronouncement that the brightest minds |

| | |
|---|---|
| minds should not believe in God | should not believe in God |
| Pg. 17: Professor Wiseman states he is an atheist | Professor Radisson states he is an atheist |
| Pg. 17: Professor Wiseman hinges the students' performance on rejecting God | Professor Radisson hinges the students' performance on rejecting God |
| Pg. 17: Professor Wiseman assumes everyone in the class is on his side | Professor Radisson assumes everyone in the class is on his side |
| Pg. 17: Rochelle asks if she can write her paper as a satire; Professor Wiseman is surprised by her reaction, and ridicules her in front of the class | Josh says he can't do the paper; Professor Radisson is surprised by his reaction, and ridicules him in front of the class |
| Pg. 17: Professor Wiseman challenges Rochelle in front of the class to argue God exists for her thesis | Professor Radisson challenges Josh in front of the class to argue God exists for his thesis |
| Pg. 19: Rochelle is all alone in her decision – she does not have the support of her husband | Josh is all alone in his decision – he does not have the support of his girlfriend |
| Pg. 50: Rochelle makes the argument that no one can disprove God exists | Josh makes the argument that no one can disprove God exists |
| Pg. 128: In the hallway after class, Professor Wiseman intimidates and threatens Rochelle that she will fail the class if she persists in her stubborn beliefs – Professor Wiseman then meets with Rochelle after class two more times | In the hallway after class, Professor Radisson intimidates and threatens Josh that he will fail the class if he persists in his stubborn beliefs - Professor Radisson then meets with Josh after class two more times |
| Pg. 49: Rochelle makes the argument | Josh makes the argument that the stars |

#410555

6

**COMPLAINT FOR DAMAGES**

| | |
|---|---|
| that the stars are self-authenticating | are self-authenticating |
| Pg. 111: Professor Wiseman threatens Rochelle that she will not pass the course | Professor Radisson tells Josh he is in danger of getting an "F" for the course |
| Pg. 112: Professor Wiseman tells Rochelle: "I'm God!" | Professor Radisson tells Josh: "I'm God!" |
| Pg. 50: Professor Wiseman makes the counter-argument to Rochelle: "Then why do we have war, cancer, world hunger, jerks?" | Professor Radisson makes the counter-argument to Josh: "Then one day he'll get rid of all the evil in the world, but until then you just have to deal with all the wars, holocausts, tsunamis, poverty, starvation, Aids…" |
| Pg. 128: Professor Wiseman shouts: "There is no God! Do you hear me? There is no God." | Professor Radisson shouts: "I hate God! All I have is hate for him!" |
| Pg. 156: Professor Wiseman lies dying and realizes it is now over | Professor Radisson lies dying and realizes it is now over |
| Pg. 156: Professor Wiseman dies in the end of the story, still discussing God | Professor Radisson dies in the end of the story, still discussing God |

## Character Similarities

| "Final" – Professor Wiseman | "God's Not Dead" – Professor Radisson |
|---|---|
| Teaches philosophy at a university | Teaches philosophy at a university |
| Repeatedly talks to Rochelle outside of class | Repeatedly talks to Josh outside of class |

#410555

7

COMPLAINT FOR DAMAGES

| | |
|---|---|
| Threatens to fail Rochelle in the class | Threatens to fail Josh in the class |
| Arrogant | Arrogant |
| Pushes students to deny God exists | Pushes students to deny God exists |
| Charming until someone talks back to him | Charming until someone talks back to him |
| Decides to give Rochelle a chance at proving God exists | Decides to give Josh a chance at proving God exists |
| Argues against the ontological argument of God's existence using philosophers | Argues against the ontological argument of God's existence using philosophers |
| Is hurt by his ex-wife who became a committed Christian | Is hurt by his girlfriend who became a committed Christian |
| Arrogantly assumes the students will fall in line with his admonition | Arrogantly assumes the students will fall in line with his admonition |
| Brazen and smart | Brazen and smart |
| Outwitted by his student; becomes incredibly angry | Outwitted by his student; becomes incredibly angry |
| Gets into a shouting match with Rochelle | Gets into a shouting match with Josh |
| States he is God | States he is God |
| Has private moment of reflection where he's coming closer to the truth, but ignores it | Has private moment of reflection where he's coming closer to the truth, but ignores it |
| Dies in the end | Dies in the end |

| "Final" – Rochelle Nelson | "God's Not Dead" – Josh Wheaton |
|---|---|
| Meek | Meek |
| Wants to drop the class | Wants to drop the class |
| Encounters the professor after class | Encounters the professor after class |
| Has to battle the professor in class | Has to battle the professor in class |
| Uses counter-apologetic arguments | Uses counter-apologetic arguments |
| Humiliates the professor with her arguments | Humiliates the professor with his arguments |
| Discouraged by attacks from Professor Wiseman | Discouraged by attaches from Professor Radisson |
| Has problems with significant other because of the tenuous relationship with Professor Wiseman | Has problems with significant other because of the tenuous relationship with Professor Radisson |
| Leaves the professor in a state of doubt | Leaves the professor in a state of doubt |
| Rochelle sacrifices her relationship with her husband | Josh sacrifices his relationship with his girlfriend |

### Dialogue Similarities

| "Final" | "God's Not Dead" |
|---|---|
| Pg. 111 - Professor Wiseman: "That's a stupid fairytale morons believe." | Professor Radisson: "Should we believe in fairytales?" |
| Pg. 111 – Professor Wiseman: "You should read my other book, 'God is Dead'" | Professor Radisson: "God is dead." |

| | |
|---|---|
| Pg. 17 – Professor Wiseman: "Here's your thesis: Why I believe God does not exist." | Professor Radisson: "There is no God. All that I require of each of you is fill in the papers with three words 'God is dead" |
| Pg. 50 – Rochelle: "What is your proof that God doesn't exist?" | Josh: "No one can disprove God exists." |
| Pg. 108 – Professor Wiseman: "You poor foolish soul." | Professor Radisson: "You foolish soul." |
| Pg. 49 – Rochelle: "I think the stars are self-authenticating enough to prove God's existence." | Josh: [pointing to the stars] "All of which points to a grand design, all of which God created." |
| Pg. 50 – Professor Wiseman: "After all, Christianity is responsible for most of the world's problems." | Professor Radisson: "Christianity is the worst virus of all." |
| Pg. 50 – Professor Wiseman: "Then why do we have war, cancer, world hunger, jerks?" | Professor Radisson: "Then one day, he'll get rid of the evil in this world, but until then you just have to deal with all the wars, holocausts, tsunamis, poverty, starvation, Aids…" |
| Pg. 50 – Professor Wiseman: "Christianity created a global jihad against rationality." | Professor Radisson: "Christianity is the enemy of reason." |
| Professor Wiseman: "God is dead. Welcome to my Graduate Honors Seminar." | Professor Radisson: "Three words: God is dead. Welcome to Philosophy 101." |

| | |
|---|---|
| Pg. 129 – Professor Wiseman: "Thus you get a fail for the course." | Professor Radisson: "You have no idea how much I'm going to enjoy failing you." |
| Pg. 112 – Professor Wiseman: "I'm God!" | Professor Radisson: "I'm God!" |
| Pg. 128 – Professor Wiseman: "There is no God! Do you hear me? There is no God." | Professor Radisson: "I hate God! All I have is hate for him!" |
| After obliterating Rochelle, Professor Wiseman says, "Have a great life." | After obliterating Josh, Professor Radisson says, "Have a nice day." |
| Pg. 109 – Professor Wiseman: "People can believe in prayer, even if they're wrong." | Professor Radisson: "You can still go to your bedside and sink to your knees if you want." |
| Pg. 24 – Professor Wiseman: "Can you prove God exists? Then that will be your thesis." | Professor Radisson: "Then you will need to defend the antithesis that God is not dead." |
| Pg. 71 – Rochelle: "Why are you so against the name of God?" | Josh: "Why do you hate God?" |

## Theme, Setting, Mood, Pace, and Sequence of Events Similarities

22. The themes in "Final" and "God's Not Dead" center on Christians rising to stand up to their faith, regardless of the consequences of their decision.

23. The setting of "Final" and "God's Not Dead" are the same as they are both set on idyllic, secular college campuses.

24. The mood in "Final" and "God's Not Dead" depicts a raging philosophy professor who mocks his student, and the student coming to grips with how he/she will prove God's existence.

25. "Final" and "God's Not Dead" progress at the same pace, and in the same sequence of events as discussed in the plot summary above.

### Plaintiff Discovers White's Unlawful Infringement

26. Plaintiff is informed and believes, and thereon alleges, that White decided to develop and produce his own apologetics movie based on what he undoubtedly knew about Plaintiff's book and screenplay "Final."

27. Shortly after the release of "God's Not Dead," Plaintiff began hearing from multiple people within the faith-based film industry that "God's Not Dead" copied one of the four stories from "Final." This deeply concerned Plaintiff, as he considered White to be a close, personal friend.

28. Plaintiff sought to follow Biblical principles by confronting White and asking him whether he copied "Final" when he made "God's Not Dead." On or about December 11, 2015, Plaintiff sent White an email asking whether White had copied "Final" when he created "God's Not Dead." (A true and correct copy of said email is attached hereto as Exhibit 3 and incorporated by reference.) Plaintiff received no response.

29. To date, "God's Not Dead" has generated more than $140 million worldwide. The profits Pure Flix earned were sufficient to enable them to produce a sequel, "God's Not Dead 2," which was released April 1, 2016.

### FIRST CAUSE OF ACTION
### Copyright Infringement
### (Against All Defendants)

30. Plaintiff incorporates by reference each and every paragraph of this Complaint as though set forth in full in this cause of action.

31. As alleged herein, Plaintiff is the sole author of the literary work, "Final," and is the exclusive owner of its copyright. Plaintiff has registered said

literary work with the United States Copyright Officer, registration number TX0008191572. (See Exhibit 4)

32. As alleged herein, Plaintiff is the sole author of the screenplay, "Final," and is the exclusive owner of its copyright. Plaintiff has registered said screenplay with the United States Copyright Officer, registration number PAu003795348. (See Exhibit 5)

33. Plaintiff is informed and believes, and thereon alleges, that Defendants had access to the "Final" story, as more than 10,000 copies of the book had been sold in 2009, virtually all independent Christian bookstores across the country carried the book, the screenplay was given out in 2012 to hundreds of agents, actors, and managers who primarily work in a tightknit Christian industry in which White is a major player, and Plaintiff enjoyed a personal friendship with White for more than 15 years in which the two of them discussed and collaborated on projects often. Given the striking similarities between the works, Plaintiff is informed and believes, and thereon alleges, that these are not the only ways Defendants had access to "Final." Discovery will reveal full access.

34. Defendants have infringed Plaintiff's exclusive rights in his copyrights to the book and screenplay, "Final," in violation of 17 U.S.C. § 106, by, among other acts, *preparing* unauthorized derivative works of "Final" in the form of the "God's Not Dead" screenplay and motion picture; *making* unauthorized derivative works of "Final" in the form of the "God's Not Dead" screenplay and motion picture; and *distributing* copies of the "God's Not Dead" screenplay and motion picture. Defendants have also released a sequel to "God's Not Dead," titled "God's Not Dead 2," which also infringes "Final" as, at a minimum, a derivative work.

35. Defendants' infringement of Plaintiff's copyrights of the "Final" book and screenplay has been and continues to be intentional, willful, and with full knowledge of Plaintiff's rights.

///

36. By reason of Defendants' past and continuing infringement, Plaintiff has sustained and will continue to sustain substantial injury, loss and damage.

37. Plaintiff is entitled to recover from Defendants the damage sustained by Plaintiff as a result of Defendants' acts of copyright infringement. Plaintiff is further entitled to recover from Defendants the gains, profits, and advantages Defendants have obtained as a result of their acts of copyright infringement. Plaintiff is informed and believes, and thereon alleges, that such gains, profits, and advantages exceed $100 million.

38. Further irreparable harm to Plaintiff is imminent as a result of Defendants' conduct, and Plaintiff is without an adequate remedy at law. Plaintiff is therefore entitled to an injunction restraining Defendants, their officers, directors, agents, employees, representatives and all persons acting in concert with them or on their behalf from engaging in such further acts of copyright infringement.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. A determination that Defendants infringed on Plaintiff's copyrighted book and screenplay;
2. An injunction restraining Defendants from engaging in further acts of copyright infringement;
3. For general and compensatory damages, including Defendants' gains, profits, and advantages they have obtained as a result of their acts of copyright infringement according to proof, in an amount exceeding $100 million;
4. Costs from the litigation of this matter; and
5. For such other and further relief as the Court deems just and proper.

///
///
///

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

DATED: June 17, 2016                  ENGSTROM, LIPSCOMB & LACK


By: /s/ Eric R. Bell
    WALTER J. LACK, ESQ.
    ROBERT T. BRYSON, ESQ.
    ERIC R. BELL, ESQ.
    Attorneys for Plaintiff