1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| TIM CHEY | **CASE NO. 2:16-cv-04362-MWF-AGR** |
|---|---|
| Plaintiff | [The Hon. Michael W. Fitzgerald] |
| v. | **JUDGMENT IN FAVOR OF DEFENDANTS PURE FLIX ENTERTAINMENT LLC AND DAVID A.R. WHITE** |
| PURE FLIX ENTERTAINMENT LLC, DAVID A.R. WHITE an individual and DOES 1-50 inclusive | |
| Defendants. | |

1  Pursuant to the Court's Order dated February 10, 2017 (Docket No. 20), in which the Court granted Defendants Pure Flix Entertainment LLC and David A.R. White's Motion to Dismiss without leave to amend,

Now, therefore, pursuant to Rule 54 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendants Pure Flix and White in this action, and Plaintiff Tim Chey shall take nothing by way of his Complaint.

Defendants are awarded their costs as provided by law.

Dated: February 28, 2017. _____
MICHAEL W. FITZGERALD
United States District Judge